# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:17CR314 |
| vs. | ) | |
| JOSE RODOLFO-CHAIDEZ and IDELFONSO TAPIA-RODRIGUEZ, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Rodolfo-Chaidez's Unopposed Motion to Extend Pretrial Motions [103] (which the court will construe as a motion to continue trial) and defendant Tapia-Rodriguez's Unopposed Motion to Continue Trial [104]. The parties are involved in plea negotiations and request additional time to resolve the issues. For good cause shown,

**IT IS ORDERED** that the Motions to Continue [103] and [104] are granted, as follows:

1. The jury trial now set for May 7, 2018, is continued to **July 2, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 2, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** April 26, 2018.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**